UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| KIM RENEE ROBERTSON, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>*Defendant*. )<br>) | Case No. 2:11-cv-286<br><br>Judge Mattice<br>Magistrate Judge Lee |

## **ORDER**

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections. (Doc. 20).

The Court has reviewed the record *de novo*, including those portions of Magistrate Judge Lee's Report and Recommendation to which Plaintiff has objected. *See* Fed. R. Civ. Proc. 72(b). Plaintiff's objections raise no new arguments; instead, they are simply reiterations of issues she previously raised in her Motion for Judgment on the Pleadings. (*See* Docs. 13-14, 20). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation, in which she fully addressed Plaintiff's arguments.

Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections (Doc. 20) are **OVERRULED**. Plaintiff's Motion for Judgment on the Pleadings (Doc. 13) is **DENIED**. Defendant's Motion for Summary

Judgment (Doc. 17) is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED,** and the instant action is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 28th day of December, 2012.

                                                */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE